No. 87–1928.   SINGER ET AL. *v.* SHANNON & LUCHS CO.
C. A. D. C. Cir.   Certiorari denied.

No. 87–1930.   SMITH *v.* FIRST NATIONAL BANK OF ATLANTA.
C. A. 11th Cir.   Certiorari denied.

No. 87–1931.   FITZSIMMONS *v.* FITZSIMMONS ET AL.   C. A. 7th
Cir.   Certiorari denied.

No. 87–1934.   GLASSBORO SERVICE ASSN., INC. *v.* MCLAUGH-
LIN, SECRETARY OF LABOR.   C. A. 3d Cir.   Certiorari denied.

No. 87–1935.   PALAZZOLO *v.* UNITED STATES; and
No. 87–7224.   EVOLA *v.* UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 87–1936.   OIL, CHEMICAL & ATOMIC WORKERS INTERNA-
TIONAL UNION ET AL. *v.* SINCLAIR OIL CORP. ET AL.   Sup. Ct.
Wyo.   Certiorari denied.

No. 87–1938.   INTERSTATE COMMERCE COMMISSION *v.* TEXAS
ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–1940.   FUDGE ET AL. *v.* PENTHOUSE INTERNATIONAL,
LTD., ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 87–1946.   PERHOLTZ *v.* UNITED STATES;
No. 87–7011.   JACKSON *v.* UNITED STATES.   C. A. D. C. Cir.
Certiorari denied.

No. 87–1947.   VITALE ET AL. *v.* SNAIDER ET AL.   C. A. 2d
Cir.   Certiorari denied.

No. 87–1949.   VACANTI *v.* UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 87–1953.   MISSOURI *v.* CONTINENTAL INSURANCE COS.
ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 87–1958.   GIARDINA *v.* UNITED STATES.   C. A. 2d Cir.
Certiorari denied.